|  |  |
|---|---|
| The Honorable: | TIMOTHY A. BARNES |
| Chapter 7 | |
| Location: | Room 613 |
| Hearing Date: | 07/03/2013 |
| Hearing Time: | 10:30am |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   WHITEHURST, NOREEN A          §      Case No. 12-44551
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/03/2013 in Courtroom 613, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/29/2013          By:   /s/KAREN R. GOODMAN
                                       Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 613 |
| SUITE 2800 | Hearing Date: | 07/03/2013 |
| CHICAGO, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WHITEHURST, NOREEN A  §  Case No. 12-44551
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 9,233.00

*and approved disbursements of*  $ 1,654.22

*leaving a balance on hand of* [1]  $ 7,578.78

**Balance on hand:**  $ 7,578.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 7,578.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 1,508.88 | 0.00 | 1,508.88 |

Total to be paid for chapter 7 administration expenses:  $ 1,508.88
Remaining balance:  $ 6,069.90

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $    0.00
    Remaining balance:    $    6,069.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $    0.00
    Remaining balance:    $    6,069.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,242.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 1,653.85 | 0.00 | 980.14 |
| 2 | Quantum3 Group LLC as agent for | 5,475.53 | 0.00 | 3,245.02 |
| 3 | eCAST Settlement Corporation, assignee | 3,112.74 | 0.00 | 1,844.74 |

    Total to be paid for timely general unsecured claims:    $    6,069.90
    Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                        United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                                  Case No. 12-44551-TAB
Noreen A Whitehurst                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 2                   Date Rcvd: May 31, 2013
                              Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2013.
db            +Noreen A Whitehurst,    411 W Holly Court,   Glenwood, IL 60425-1222
19675589       Bank Financial,    6415 W 95th St,    Chicago, IL 60415
19675590       Bank of America,    c/o CCB,    5300 S 6th St,    Springfield, IL 62703-5184
19675591       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20048458       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
19675592       Chase,   c/o Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
19675593       Family Christian Health Cntr,    31 W 155th St,   Harvey, IL 60426-3556
19675594      +H-F Medical Associates,    c/o Dependon Collection Svc,    PO Box 4833,   Oakbrook , IL 60522-4833
19675595       Homeward Residential,    PO Box 619063,   Dallas , TX 75261-9063
19675596      +Homewood Flossmoor Medical,    17901 Governors Hwy,   Suite 102,   Homewood, IL 60430-1145
19675597      +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
19675599       St James Health,    38005 Eagle Way,    Chicago, IL 60678-1800
20193248       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
20192935       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20082165       E-mail/Text: bnc-quantum@quantum3group.com Jun 01 2013 02:00:14
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
19675598      +E-mail/Text: bkrpt@retrievalmasters.com Jun 01 2013 01:52:22     Quest Diagnostics,    c/o AMCA,
                4 Westchester Plaza Bldg,    Elmsford, NY 10523-1612
19675600       E-mail/Text: BKRMailOps@weltman.com Jun 01 2013 02:02:19      WFNNB/Roomplace,
                c/o Weltman, Weinberg Reis,    175 S 3rd Street, Ste 900,   Columbus, OH 43215-5166
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Sacks Goreczny Maslanka and Costello P C
19675601*     +Noreen A Whitehurst,    411 W Holly Court,   Glenwood, IL 60425-1222
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: froman              Page 2 of 2         Date Rcvd: May 31, 2013
                               Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2013 at the address(es) listed below:

        Jessica S Naples    on behalf of Creditor    Homeward Residential, Inc. ND-Two@il.cslegal.com
        Karen R Goodman, ESQ    kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Susan A Goreczny    on behalf of Debtor Noreen A Whitehurst susan804@ameritech.net
                                                                                                                                                   TOTAL: 4

Case 12-44551    Doc 33    Filed 05/31/13    Entered 06/02/13 23:29:01    Desc Imaged
Certificate of Notice    Page 6 of 6