KAREN R. GOODMAN

SHEFSKY & FROELICH, LTD

111East Wacker Drive

SUITE 2800

CHICAGO, IL  60601

(312) 527-4000

Chapter 7 Trustee

The Honorable:                                    TIMOTHY A. BARNES

Chapter   7

Location:                 _____

Hearing Date:          _____ / /

Hearing Time:          _____

Response Date:         _____ / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: WHITEHURST, NOREEN A                      §    Case No.  12-44551
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $157,885.00                    Assets Exempt:  $27,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$6,069.90        Claims Discharged
                                                 Without Payment: $20,393.22

Total Expenses of Administration:$1,518.88

3)  Total gross receipts of $      9,233.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      1,644.22  (see **Exhibit 2**), yielded net receipts of  $7,588.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $177,544.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,518.88 | 1,518.88 | 1,518.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 16,221.00 | 10,242.12 | 10,242.12 | 6,069.90 |
| **TOTAL DISBURSEMENTS** | $193,765.00 | $11,761.00 | $11,761.00 | $7,588.78 |

4) This case was originally filed under Chapter 7 on November 09, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2013          By: /s/KAREN R. GOODMAN
                    Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 ─GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Federal income tax refund | 1124-000 | 9,233.00 |
| **TOTAL GROSS RECEIPTS** | | $9,233.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Noreen Whitehurst | Payment of wildcard exemption to Debtor | 8100-002 | 1,644.22 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,644.22 |

## EXHIBIT 3 ─SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Homeward Residential | 4110-000 | 177,544.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $177,544.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,508.88 | 1,508.88 | 1,508.88 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,518.88 | $1,518.88 | $1,518.88 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,653.85 | 1,653.85 | 980.14 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 5,475.53 | 5,475.53 | 3,245.02 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 3,112.74 | 3,112.74 | 1,844.74 |
| NOTFILED | Quest Diagnostics | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Homewood Flossmoor Medical | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/Roomplace c/o Weltman, Weinberg Reis | 7100-000 | 5,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics c/o AMCA | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | St James Health | 7100-000 | 3,867.00 | N/A | N/A | 0.00 |
| NOTFILED | H-F Medical Associates c/o Dependon Collection Svc | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,655.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Christian Health Cntr | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o CCB | 7100-000 | 1,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Cardmember Service | 7100-000 | 3,040.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $16,221.00 | $10,242.12 | $10,242.12 | $6,069.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44551　　　　　　　　　　**Trustee:** (520191)　KAREN R. GOODMAN
**Case Name:** WHITEHURST, NOREEN A　　　　**Filed (f) or Converted (c):** 11/09/12 (f)
　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 12/18/12
**Period Ending:** 08/09/13　　　　　　　　　**Claims Bar Date:** 04/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1　Residence: 411 W. Holly Ct. Glenwood, IL 60425　Imported from original petition Doc# 1 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2　Checking Account with Bank Financial Location: I　Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 3　Checking account with Bank Financial, account en　Imported from Amended Doc#: 23 | 1,502.00 | 2.00 | | 0.00 | FA |
| 4　Miscellaneous Household Goods　Imported from Amended Doc#: 23 | 1,000.00 | 500.00 | | 0.00 | FA |
| 5　401 (k) through Employment Location: In debtor's　Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6　Miscellaneous Wearing Apparel　Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 7　401(k) through Employment　Imported from Amended Doc#: 23 | 5,000.00 | 0.00 | | 0.00 | FA |
| 8　2012 Federal income tax refund　Imported from Amended Doc#: 23 | 9,233.00 | 8,833.00 | | 9,233.00 | FA |
| 9　2012 Illinois income tax refund　Imported from Amended Doc#: 23 | 83.00 | 83.00 | | 0.00 | FA |
| 10　2006 Chevy Equinox　Imported from Amended Doc#: 23 | 4,000.00 | 0.00 | | 0.00 | FA |
| **10　Assets　Totals** (Excluding unknown values) | **$167,118.00** | **$14,418.00** | | **$9,233.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Debtor to turn over 2012 tax refund less exemptions.

**Initial Projected Date Of Final Report (TFR):**　December 31, 2013　　　**Current Projected Date Of Final Report (TFR):**　May 30, 2013　(Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-44551
**Case Name:** WHITEHURST, NOREEN A

**Taxpayer ID #:** **-***5620
**Period Ending:** 08/09/13

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ****057366 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/13 | {8} | U.S. Treasury | | 1124-000 | 9,233.00 | | 9,233.00 |
| 04/30/13 | 101 | Noreen Whitehurst | Payment of wildcard exemption to Debtor | 8100-002 | | 1,644.22 | 7,588.78 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,578.78 |
| 07/09/13 | 102 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 07/03/2013 | 2100-000 | | 1,508.88 | 6,069.90 |
| 07/09/13 | 103 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER OF 07/03/2013 | 7100-000 | | 980.14 | 5,089.76 |
| 07/09/13 | 104 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 07/03/2013 | 7100-000 | | 3,245.02 | 1,844.74 |
| 07/09/13 | 105 | eCAST Settlement Corporation, assignee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 07/03/2013 | 7100-000 | | 1,844.74 | 0.00 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,233.00 | 9,233.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,233.00 | 9,233.00 | |
| Less: Payments to Debtors | | 1,644.22 | |
| **NET Receipts / Disbursements** | **$9,233.00** | **$7,588.78** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****057366** | 9,233.00 | 7,588.78 | 0.00 |
| | $9,233.00 | $7,588.78 | $0.00 |

{} Asset reference(s)

Printed: 08/09/2013 01:28 PM    V.13.13